UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AGINCOURT GAMING, LLC,  )<br>  )<br>          Plaintiff(s),  )<br>  )<br>vs.  )<br>  )<br>ZYNGA, INC.,  )<br>  )<br>          Defendant(s).  )<br>_____) | Case No. 2:14-cv-0708-JAD-NJK<br><br>ORDER STRIKING MOTION<br>TO SEAL<br><br>(Docket No. 22) |

      Pending before the Court is Defendant's renewed motion to seal. Docket No. 22. The motion to seal itself is filed under seal, as are exhibits supporting the request. *See id.* The motion to seal presents arguments regarding sealing of some documents, but Defendant presents no basis for sealing its legal brief and supporting documentation. Such documents should not have been filed under seal. *See Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006). Accordingly, the motion to seal is hereby **STRICKEN** as improperly filed, but shall remain under seal.

      Defendant shall refile its motion to seal no later than August 4, 2014. Defendant's counsel shall ensure that the renewed motion is filed in accordance with the Court's procedures for filing under seal. *See, e.g.*, Local Rule 10-5(b). In particular, the motion to seal itself and documents supporting that request must be filed publicly unless they contain information sufficient to seal them, which does not appear to be the case. The renewed motion should also attach and publicly file the parties' proposed redactions with a notation that unredacted versions of the documents are filed separately under seal. For any exhibits that Defendant seeks to seal in their entirety, the publicly filed motion should attach a

"place holder" page indicating that the exhibit is being filed separately under seal pending the resolution of the motion to seal.[1] Concurrently with the filing of the motion to seal, Defendant should separately file a sealed version with unredacted copies of the exhibits for which it seeks redaction or complete sealing.

    IT IS SO ORDERED.

    DATED: July 31, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] Pursuant to the Court's prior instructions, in the event another party (or non-party) has designated a document as confidential but failed to supply Defendant with a declaration supporting the sealing of that document, *see* Docket No. 21 at 4, Defendant shall file its motion to seal with a place-holder page indicating that the exhibit will be separately filed under seal and shall file the actual document itself under seal concurrently with the motion to seal.