**Transferred case has been opened**
ded_nefreply    to: InterdistrictTransfer_NVD                                    08/27/2014 06:06 AM

CASE: 2:14-cv-00708

DETAILS: Case transferred from Nevada has been opened in District of Delaware as case 1:14-cv-01100, filed 08/27/2014.