**Transferred case has been opened**
ECF-CAND   to: InterDistrictTransfer_NVD                    08/27/2014 03:20 PM

CASE: 2:14-cv-00708

DETAILS: Case transferred from Nevada
has been opened in California Northern District
as case 3:14-cv-03865, filed 08/26/2014.